# United States Court of Appeals
## For the Eighth Circuit
_____

No. 23-3006
_____

United States of America

*Plaintiff - Appellee*

v.

Cassandra Hope Hapip

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of North Dakota
_____

Submitted: March 11, 2024
Filed: May 9, 2024
[Unpublished]
_____

Before GRUENDER, SHEPHERD, and GRASZ, Circuit Judges.
_____

PER CURIAM.

In 2021, Cassandra Hope Hapip served time in prison after pleading guilty to one count of conspiracy to distribute and possess with intent to distribute controlled substances in violation of 21 U.S.C. § 846. After serving her sentence, Hapip

violated the terms of her supervised release. The district court[1] sentenced Hapip to twelve months of imprisonment to be followed by a two-year term of supervised release. Hapip appealed and argued the district court procedurally erred and imposed a substantively unreasonable sentence. During the pendency of her appeal, Hapip was released from prison. Because she only challenged her custodial sentence on appeal, there is no longer a case or controversy. *See Owen v. United States*, 930 F.3d 989, 990 (8th Cir. 2019) ("The mere fact that [a defendant] is serving an unexpired, *unchallenged* term of supervised release does not sustain an actual controversy."). Thus, we dismiss the appeal as moot.

_____

---

[1]The Honorable Daniel M. Traynor, United States District Judge for the District of North Dakota.